UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: PAUL STEPHEN ANDREWS

DEBTOR(S). CHAPTER: 7
_____/ CASE NO: 16-30926

## AMENDED MOTION TO AVOID LIEN
## (GULF WINDS FEDERAL CREDIT UNION )

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this motion, you must file your objection with the Clerk of Court at 100 North Palafox Street, Pensacola, Florida 32502 and serve a copy on the debtor(s), attorney for debtor(s), and the Chapter 13 Trustee at the addresses of record in the bankruptcy case.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time period permitted, the Court will consider that you do not oppose the granting of the relief requested in the motion, and will proceed to consider the motion without further notice or hearing, and may grant the relief requested.**

---

**COME(S) NOW**, Debtor(s), PAUL STEPHEN ANDREWS, by and through undersigned counsel, and file(s) this Motion to Avoid Lien and state(s):

1. On October 7, 2016 Debtor(s) filed a voluntary petition for relief under Chapter 7, Title 11, United States Code.

2. The judgment creditor listed below is also listed on Debtor's Schedule F, and holds a judicial lien on real property owned by Debtor(s), located in SANTA ROSA, Florida, and more particularly described as follows:

Located at: 4655 Fowler Drive, Milton, Florida 32571;

Legally described as follows:

LOT 15, PACE HEIGHTS, A SUBDIVISION OF A PORTION OF SECTION 9, TOWNSHIP 1 NORTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA, AS RECORDED IN PLAT BOOK B PAGE 14, OF THE PUBLIC RECORDS OF SAID COUNTY.

3. Debtor(s) has/have claimed as exempt the above-described property subject to the lien on Schedule C as homestead.

4. Said lien is a judicial lien within the categories listed in Section 522(f)(1), which impairs an exemption to which Debtor(s) would otherwise be entitled under Section 522(b) of the Bankruptcy Code. This lien is as follows: **Gulf Winds Federal Credit Union, OR Book 2985 Page 2002, Instrument #201021458; in the Public Records of Santa Rosa County, Florida.**

**WHEREFORE**, Debtor(s) move(s) this Court for entry of an order declaring the judgment lien of the above-listed creditor to by null and void, and permanently enjoining Creditor from attempting to enforce said lien.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA, LLC.
Florida Bar Number: 394793
313 West Gregory Street
Pensacola, Florida 32502
(850) 438-6603
Attorney for Debtor(s)
amysliva@cox.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to MARY W. COLON, TRUSTEE, P.O. Box 14596 and OFFICE OF THE US TRUSTEE, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301 by Electronic Mail and to GULF WINDS FEDERAL CREDIT UNION, President, Chris Rutledge, 400 W. Garden Street, Pensacola, Florida 32502 by U.S Mail on this 14th day of December, 2016.

/s/ Amy Logan Sliva
AMY LOGAN SLIVA